**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ELLEN ADAMS, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-2653 |
| | § |
| NISSAN NORTH AMERICA, INC., | § |
| | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 15), which was referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On May 4, 2018, Judge Palermo issued the Report and Recommendation on the Motion to Dismiss (Doc. No. 34), recommending that the Motion to Dismiss be granted. The time for filing objections has passed, and no objections were filed.

The Court has reviewed the Report and Recommendation for clear error, as required by Federal Rule of Civil Procedure 72(b), and finds that there is none. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety. Defendant's Motion to Dismiss is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE