Case 4:17-cv-02653   Document 36   Filed on 05/30/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELLEN ADAMS, *et al*, §<br>§<br>Plaintiffs, §<br>VS. §<br>§<br>NISSAN NORTH AMERICA, INC., §<br>§<br>Defendant. § | CIVIL ACTION NO. 4:17-CV-2653 |

## FINAL JUDGMENT

Plaintiffs Ellen Adams, Kimberlyn Jones, and Crystal LeBlanc ("Plaintiffs") brought this suit against Defendant Nissan North America, Inc. ("Defendant") alleging three causes of action: (1) breach of implied warranty of merchantability; (2) money had and received and unjust enrichment; and (3) declaratory judgment and injunctive relief. (Doc. No. 13.) Defendant moved to dismiss. (Doc. No. 15.) That Motion was referred to Magistrate Judge Dena Hanovice Palermo. (Doc. No. 30.) On May 4, 2018, Judge Palermo issued a Report and Recommendation (Doc. No. 34) concluding that the Motion should be granted. The time for filing objections passed and no objections were filed. The Court reviewed the Report and Recommendation for clear error and, finding none, adopted it in its entirety, granting the Motion to Dismiss. (Doc. No. 35.)

Accordingly, pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 30th day of May, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE